## SHAKE *v*. BOARD OF COMMISSIONERS OF THE COUNTY OF KNOX.

[No. 10,723.   Filed March 9, 1921.]

From Knox Circuit Court; *B. M. Willoughby*, Judge.

Action between Curtis G. Shake and the Board of Commissioners of the County of Knox.   From the judgment rendered, the former appeals.   *Affirmed.*

*Curtis G. Shake* and *Joseph W. Kimmell*, for appellant.

*Ewing R. Emison*, for appellee.

NICHOLS, J.—Upon the authority of the following cases, the judgment in this case is affirmed: *Turner* v. *Board, etc.* (1902), 158 Ind. 166, 63 N. E. 210; *Taylor* v. *Patton* (1903), 160 Ind. 4, 66 N. E. 91; *Board, etc.* v. *McGregor* (1909), 171 Ind. 634, 87 N. E. 1, 17 Ann. Cas. 333; *Knight* v. *Board, etc.* (1913), 179 Ind. 568, 101 N. E. 1010.